UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| JAVIER EDUARDO TORRES, | ) | |
| Petitioner, | ) ) ) | No. 7:22-CV-111-REW |
| v. | ) ) ) | |
| HECTOR JOYNER, | ) ) | JUDGMENT |
| Respondent. | ) ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court **ORDERS** and **ADJUDGES** as follows:

1. The Court **DENIES** DE 1, Javier Eduardo Torres's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241; and

2. The Court **DIRECTS** the Clerk to strike this action from the Court's docket.

This the 6th day of November, 2023.



Signed By:
*Robert E. Wier*
United States District Judge

1